IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HALEY RUSHEL HICKMAN,<br><br>Defendant. | CR 23–47–M–DLC<br><br><br><br>ORDER |

Before the Court is Defendant Haley Rushel Hickman's Motion for an Extension (Doc. 26) and Motion to Appear at Hearing by Zoom (Doc. 27).

In the Motion for Extension Defendant requests a one-day extension to file her Reply Brief that is currently due today, January 23, 2024. (Doc. 26 at 1–2.) Defendant states that her counsel "attempted to contact Assistant United States Attorney, Karla E. Painter, by email regarding the government's position and was unsuccessful." (*Id.* at 2.) The Court finds that a one-day extension is appropriate.

In the Motion to Appear at Hearing by Zoom Defendant requests "leave to appear at the hearing on her motion to suppress evidence currently set for February 1, 2024." (Doc. 27 at 2.) Defendant states that she "is the sole provider for her infant son, who would have to be placed in childcare that [Defendant] cannot

1

afford, should she have to travel to Missoula for this hearing." (*Id.*)  In addition, Defendant states that "she does not have a reliable vehicle to safely travel to and from Missoula." (*Id.*)  Defendant explains that her counsel attempted to contact the government regarding its position but was unsuccessful. (*Id.*)  The Court finds good cause and grants Defendant leave to attend the February 1 hearing via zoom.

Accordingly, IT IS ORDERED that Defendant shall file her Reply Brief on or before January 24, 2024.

IT IS FURTHER ORDERED that Defendant is permitted to attend the February 1 hearing via zoom.  Counsel for Defendant will be provided with a link.

DATED this 23rd day of January, 2024.

_____
Dana L. Christensen, District Judge
United States District Court